7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Carmella E. Green
*Debtor*

*Bankruptcy Case No.*
15−60453−abf7

**First National Bank of Omaha**
   Plaintiff(s)

*Adversary Case No.*
15−06035−abf

v.

**Carmella E. Green**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment of Nondischargeability pursuant to ll U.S.C. Section 523(a)(2) is entered against Debtor/Defendant, Carmella E. Greene, and in favor of First National Bank of Omaha in the sum of $1,000.00.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 12/3/15

Court to serve